# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                          **Case No. 8:25-cr-530-CEH-LSG**

**BRIAN CURTIS RAYMOND,**

_____/

### DEFENDANT RAYMOND'S TIME-SENSITIVE OPPOSED MOTION TO TRAVEL

Pursuant to 18 U.S.C. § 3142(c)(3), Defendant Brian Curtis Raymond respectfully moves this Court for an order allowing him to take a trip with his wife and children, detailed as follows:

1. Brian Raymond was arrested on November 19, 2025, in the Northern District of Alabama, where he resides. He was released on conditions on that same day.

2. Mr. Raymond has remained under supervision since that time without issue. He has traveled on multiple occasions while on supervised release, including to Florida.

3. Mr. Raymond is seeking permission to travel because his wife purchased tickets for a last-minute, heavily discounted cruise for their family. Mr. Raymond is seeking to join his wife and their young

children for that trip, which is scheduled to depart from Ft. Lauderdale, Florida, on April 27, 2026, and return to Ft. Lauderdale, Florida, on May 2, 2026. Mr. Raymond would provide a detailed itinerary to his Pretrial Services Officer if he were granted permission to travel.

4. AUSA Lindsey Schmidt has advised that she objects to Mr. Raymond's request to travel.

5. Mr. Raymond's Pretrial Services Officer, Officer Hannah Conley, has advised that she cannot approve this travel because it is outside the continental United States, but Mr. Raymond has had no issues while on supervision and she does not object to his request.

For the foregoing reasons, Mr. Raymond respectfully requests that the Court grant this motion and enter an order permitting him to travel as described herein.

Respectfully submitted,

/s/ Sara Mieczkowski
Sara Mieczkowski
Florida Bar No. 85143
THE SUAREZ LAW FIRM, P.A.
1011 West Cleveland Street
Tampa, FL  33606
Telephone: (813) 229-0040
sara@suarezlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Sara Mieczkowski
Sara Mieczkowski