UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-530-CEH-LSG

BRIAN RAYMOND

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TRAVEL**

1.      On April 17, 2026, counsel for Brian Raymond provided the United States with additional information relating to Mr. Raymond's travel itinerary.

2.      Based on that information, the United States does not oppose Mr. Raymond's travel from April 27, 2026 to May 2, 2026 provided that Mr. Raymond coordinates with Pretrial Services regarding his travel itinerary and the location(s) where he will be staying and Pretrial Services does not oppose Mr. Raymond's request.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
United States Attorney Number 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov

**U.S. v. HON NING HO, et al.**                **Case No. 8:25-cr-530-CEH-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for the parties of record.

/s/ *Lindsey Schmidt*
Lindsey Schmidt
Assistant United States Attorney
United States Attorney Number 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lindsey.schmidt@usdoj.gov